**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6796**

_____

UNITED STATES OF AMERICA,

         Plaintiff - Appellee,

    v.

GILBERT F. HEPBURN,

         Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge. (1:99-cr-00258-LMB-1)

_____

Submitted: October 14, 2008     Decided: October 17, 2008

_____

Before KING, GREGORY, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gilbert F. Hepburn, Appellant Pro Se.  James L. Trump, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gilbert F. Hepburn appeals the district court's order denying his motion for relief pursuant to 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hepburn, No. 1:99-cr-00258-LMB-1 (E.D. Va. Apr. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED